## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALICE S. GIBSON, | ) |
| | ) |
| Plaintiff, | ) |
| | )   2:10-cv-02026-LDG-LRL |
| v. | ) |
| | )   **O R D E R** |
| STATE FARM MUTUAL AUTOMOBILE | ) |
| INSURANCE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

This case comes before the court on defendant's State Farm Mutual Automobile Insurance Company's Motion to Overrule Objections and Compel Plaintiff's Answers to Written Interrogatories and Requests for Production under FRCP 37(a)(3)(B)(iii) (#9, filed May 11, 2011). No opposition to the motion has been filed. Local Rule 7-2(d) provides that "the failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion." Accordingly, and for good cause otherwise shown,

IT IS ORDERED that defendant's Motion to Overrule Objections and Compel Plaintiff's Answers to Written Interrogatories and Requests for Production (#9) is granted to this extent:

1. Plaintiff shall fully, completely, and without objection, provide to defendant all answers to the outstanding written interrogatories, as well as responses and documents called for in the Requests for Production not later than **July 22, 2011**.

2. Plaintiff shall, not later than **August 1, 2011**, pay to defendant's counsel the sum of $500.00 as the reasonable expenses incurred, including attorney's fees, in filing the Motion (#9).

. . . .

. . . .

Defendant further seeks an extension of the discovery deadlines. The court has recently filed an order extending the discovery cutoff to February 6, 2012 including the extension of all other discovery deadlines. (#11, filed 5/31/11)

DATED this 7th day of July, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**