MATTHEW DOUGLAS
Nevada Bar No. 11371
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059

Attorneys for Defendant State Farm Mutual Auto. Ins. Co.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICE S. GIBSON,<br><br>   Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES I through V, inclusive, ROE CORPORATIONS I through V, inclusive,<br><br>   Defendants. | CASE NO.: 2:10-cv-02026-LDG-LRL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Victor Cardoza, attorney for Plaintiff, ALICE S. GIBSON and Matthew J. Douglas, attorney for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that the Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs and attorney's fees.

///
///
///
///
///
///
///

297187

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this  1st  day of December, 2011.

ATKIN WINNER & SHERROD

_____
Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

FASSETT & CARDOZA

_____
Victor Cardoza
Nevada Bar No. 5599
1137 South Rancho Drive, Suite 150B
Las Vegas, Nevada 89102
Attorneys for Plaintiff

# ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this ___2___ day of ___Dec___ 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

ATKIN WINNER & SHERROD

By: _____
Matthew J. Douglas
Nevada Bar No. 11371
1117 S. Rancho Drive
Las Vegas, NV 89102
Attorney for Defendant
STATE FARM MUTUAL AUTO.
INSURANCE COMPANY

Case No.: 2:10-cv-02026-LDG-LRL

297187